F. John Caldwell, Jr. (FC9424)
**MAYER & WILLIAMS PC**
251 North Avenue West, 2nd Floor
Westfield, NJ 07090
Telephone: (908) 518-7700
Facsimile: (908) 518-7795

Attorney for Plaintiffs
L-3 Communications Mobile-Vision, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| L-3 COMMUNICATIONS MOBILE-VISION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ICOP DIGITAL, INC. <br> TRISQUARE COMMINICATIONS, INC., <br><br> Defendants. | Case No.: 2:08-cv-03475(PGS)(ES) |

## ORDER DENYING SUMMARY JUDGMENT

**IT IS HEREBY ORDERED** that Defendant ICOP Digital, Inc.'s Motion for Summary Judgment of Noninfringement of U.S. Patent No. 7,119,832 is hereby DENIED.

Dated on this 24 day of April, 2009.

_____
Peter G. Sheridan, U.S.D.J.